UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 6:16-cr-00048-GFVT-HAI |
| v. | ) ) | **ORDER** |
| TERRY RICHARDSON, | ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

    This matter is before the Court on the Recommended Disposition filed by United States Magistrate Judge Hanly A. Ingram.  [R. 116.]  Defendant Terry Richardson is charged with violating the terms of his supervised release.  In 2017, the Court sentenced Mr. Richardson to 96 months of imprisonment, followed by five years of supervised release, after he pled guilty to one count of conspiracy to distribute 500 grams or more of a mixture or substance containing methamphetamine.  *Id.*

    Mr. Richardson subsequently violated the conditions of his supervised release because he failed to live at a place approved by his probation officer, failed to report to his probation officer upon request, and failed to submit to drug testing.  *Id.* at 2.  On December 19, 2024, Mr. Richardson had his initial appearance.  [R. 113.]  On January 8, 2025, Mr. Richardson had his final hearing.  [R. 115.]  This matter was referred to Judge Ingram to prepare a Report and Recommendation.

    Judge Ingram evaluated the entire record and considered all of the Section 3553(a) factors imported into the Section 3583(e) analysis, as well as the Guidelines Range.  Ultimately, Judge Ingram recommends a period of 8-months incarceration with a five-year period of supervision to follow.  [R. 116 at 7.]  Pursuant to Rule 59(b) of the Federal Rules of Criminal

Procedure, the Report and Recommendation advised the parties that objections must be filed within fourteen (14) days of service. *Id.* at 12; *see* 28 U.S.C. § 636(b)(1). Mr. Richardson did not file any objections to Judge Ingram's Report and Recommendation.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). But when no objections are made, as in this case, the Court is not required to "review… a magistrate's factual or legal conclusions, under a de novo or any other standard." *See Thomas v. Arn,* 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate judge's report and recommendation are also barred from appealing to a district court's order adopting that report and recommendation. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). Nevertheless, the Court has examined the record and agrees with Judge Ingram's recommended disposition. The Defendant has waived his right to allocution. [R. 118.]

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Report and Recommendation **[R. 116]** is **ADOPTED** as and for the Opinion of the Court;
2. Mr. Richardson's term of supervised release is **REVOKED**;
3. Mr. Richarson **SHALL** be incarcerated for 8 months with five years of supervision to follow under the same conditions previously imposed; and
4. Judgment shall enter promptly.

This the 13th day of February, 2025.

                                            Gregory F. Van Tatenhove
                                            United States District Judge